1  CHARLES L. COLEMAN, III  (CA Bar No. 65496)
   HOLLAND & KNIGHT LLP
2  50 California Street, 28th Floor
   San Francisco, CA 94111-4624
3  Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
4  charles.coleman@hklaw.com

5  Attorneys for Defendant
   ENSIL INTERNATIONAL CORP.
6
   MICHAEL STUSIAK (CA Bar No.142952)
7  WILLIAM D. JANICKI (CA Bar No. 215960)
   MORRISON & FOERSTER LLP
8  400 Capitol Mall, Suite 2600
   Sacramento, CA 94814-4428
9  Telephone: (916) 448-3200
   Facsimile: (916) 448-3222
10 MStusiak@mofo.com
   MJanicki@mofo.com
11
   Attorneys for Plaintiff
12 AERO PRECISION INDUSTRIES, INC.

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16 AERO PRECISION INDUSTRIES, INC.,        Case No. C 06-4241 CRB
   an Arizona Corporation
17
                  Plaintiff,                STIPULATION EXTENDING
18                                          DEFENDANT'S TIME TO RESPOND TO
       v.                                   PLAINTIFF'S COMPLAINT
19
   ENSIL INTERNATIONAL CORP, a             [Local Rule 6-1(a)]
20 New York Corporation,

21                Defendant.

22

23      Pursuant to the agreement between undersigned counsel, it has been stipulated and agreed

24 that the time in which defendant ENSIL INTERNATIONAL CORP. must respond to Plaintiff's

25 Complaint herein has been extended to and including Monday, September 25, 2006.

26 //

27 //

28                                          1

1     This stipulation will not alter the date of any event or any deadline already fixed by Court
2 order. This stipulation is filed pursuant to Local Rule 6-1(a).

3                        Respectfully submitted,

4 MORRISON & FOERSTER LLP           HOLLAND & KNIGHT LLP

7 Michael Stusiak (CA Bar No. 142952)     Charles L. Coleman, III (CA Bar No. 65496)
William D. Janicki (CA Bar No. 215960)

Attorneys for Plaintiff                   Attorneys for Defendant
AERO PRECISION INDUSTRIES, INC.     ENSIL INTERNATIONAL CORP.

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

September 26, 2006

2

STIPULATION EXTENDING TIME [Local Rule 6-1(a)]                     No. C 06 1574 JSW