MICHAEL STUSIAK (BAR NO. 142952) (MStusiak@mofo.com)
WILLIAM D. JANICKI (BAR NO. 215960) (WJanicki@mofo.com)
MORRISON & FOERSTER LLP
400 Capitol Mall
Suite 2600
Sacramento, California  95814-4428
Telephone:  916.448.3200
Facsimile:  916.448.3222

Attorneys for Plaintiff
Aero Precision Industries, Inc.

CHARLES L. COLEMAN, III (BAR NO. 65496)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California  94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
charles.coleman@hklaw.com

Attorneys for Defendant
ENSIL INTERNATIONAL CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION – **E-FILING**

| | |
|---|---|
| AERO PRECISION INDUSTRIES, INC. an Arizona Corporation,<br><br>     Plaintiff, and Counter-Defendant<br><br>  v.<br><br>ENSIL INTERNATIONAL CORP., a New York Corporation,<br><br>     Defendant and Counter-Claimant. | Case No.  C-06-4241 CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Judge:   Charles R. Breyer |

1

1    IT IS HEREBY STIPULATED by and between the parties in this action, through their

2    designated counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) the above-captioned

3    action filed by Aero Precision Industries Inc. and the counterclaim filled by Ensil International Corp.

4    be and hereby are dismissed with prejudice.

5    The parties shall each bear their own attorney's fees and costs incurred in this action

7    Dated: _April  11_, 2007

/s/ William D. Janicki
William D. Janicki

Attorney for Plaintiff
AERO PRECISION INDUSTRIES,
INC.

11    Dated: _11 April_, 2007

/s/ Charles L. Coleman, III
Charles L. Coleman, III

Attorney for Defendant
ENSIL INTERNATIONAL CORP.

IT IS SO ORDERED

Dated: _April 12, 2007_

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA